JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MAXELL, LTD.,

                      Plaintiff,

     v.

VIZIO, INC.

                  Defendant.

Case No. CV 21-6758-GW-DFMx

Honorable George H. Wu

**ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Maxell, Ltd. ("Maxell") and Defendant VIZIO, Inc. ("VIZIO"), through their respective counsel of record, filed a Joint Stipulation of Dismissal.

The Court hereby orders:

1. This action is dismissed in its entirety with prejudice.
2. All attorneys' fees and costs shall be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: October 2, 2023

_____
Honorable George H. Wu
United States District Judge